NO. 15-2544

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

In re: COLGATE-PALMOLIVE SOFTSOAP ANTIBACTERIAL HAND SOAP
MARKETING AND SALES PRACTICES LITIGATION

JEFF DYKE, *et al.*,
*Plaintiffs-Appellees*

v.

COLGATE-PALMOLIVE COMPANY,
*Defendant-Appellee*

DOES, 1 through 100, inclusive,
*Defendant*

ANNA ST. JOHN,
*Objector-Appellant*

On Appeal from the United States District Court
for the District of New Hampshire, No. 1:12-md-02320 PB

Agreed Motion to Dismiss Appeal

Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1899 L Street NW, 12th Floor
Washington, D.C. 20036
(917) 327-2392
anna.stjohn@cei.org
*In pro per*

In accordance with Fed. R. App. P. 42(b), Appellant Anna St. John hereby requests dismissal of the appeal in No. 15-2544 with prejudice. The grounds for this motion are as follows:

(1)     Appellant no longer desires to pursue this appeal; and

(2)     All parties to the appeal agree to this dismissal.

Neither St. John nor the Competitive Enterprise Institute sought or received any compensation for dismissing the appeal. All parties to the appeal shall bear their own costs. For these reasons, St. John respectfully moves the Court for an Order dismissing the above-captioned appeal.

Dated:  February 4, 2016                    Respectfully submitted,


                                            */s/ Anna St. John*
                                            Anna St. John
                                            Competitive Enterprise Institute
                                            Center for Class Action Fairness
                                            1899 L St. NW, 12th Floor
                                            Washington, DC 20036
                                            Telephone:  (917) 327-2392
                                            Email:  anna.stjohn@cei.org

                                            *In pro per*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to all CM/ECF participants.

I further certify that on February 4, 2016, I caused a copy of the foregoing to be sent by first-class, prepaid U.S. Mail to the following:

| | |
|---|---|
| Michelle Schwanekamp<br>5764 Chestnut Ridge Dr.<br>Cincinnati, OH 45230 | Tyler Cool<br>8426 Foothills Highway<br>Boulder, CO 80302 |
| Patrick G. Warner<br>Climaco, Wilcox, Peca, Tarantino & Garofoli<br>55 Public Square<br>Cleveland, OH 44113 | Linda D'Agostino<br>15 West Pine Way, Unit 14<br>Plainville, CT 06062 |

Dated: February 4, 2016                    */s/ Anna St. John*
                                                              Anna St. John