# United States Court of Appeals
## For the First Circuit

---

No. 15-2544

IN RE: COLGATE-PALMOLIVE SOFTSOAP ANTIBACTERIAL HAND SOAP MARKETING AND SALES PRACTICES LITIGATION

---

JEFF DYKE; JEFFREY ROSEN; SHARI ELSTEIN; TRACY NIEBLAS; ADAM EMERY; JOHN KATSIGIANIS; KRISTINA PEARSON; IRENE PORTER; VALERIE DONOHUE; ANGELA JOHNSON

Plaintiffs-Appellees

ROES, 1-100, inclusive

Plaintiff

v.

COLGATE-PALMOLIVE COMPANY

Defendant - Appellee

DOES, 1 through 100, inclusive

Defendant

ANNA ST. JOHN

Interest Party - Appellant

---

**JUDGMENT**

Entered: February 18, 2016
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's assented-to motion, it is hereby ordered that this case be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith

By the Court:

/s/ Margaret Carter, Clerk

cc:

Natalie Finkelman Bennett
Jayne A. Goldstein
Eric D. Holland
Randall Seth Crompton
Adam J. Levitt
Edmund S. Aronowitz
Richard J. Arsenault
Joseph J. Siprut
Charles E. Schaffer
Michele Elizabeth Kenney
Shon Morgan
Linda D' Agostino
Michelle Schwanekamp
Anna St. John
Tyler Cool